FANNIE H. THOMPSON v. MARCELLUS SMITH ET ·AL.

(Filed 17 April, 1912.)

**Appeal and Error — Executors and Administrators — Bad Faith—
Costs—Interpretation of Statutes.**

The motion of plaintiff to tax the defendant administrator
with costs of appeal is denied, as he was appellee therein, and
nothing appears to the Court to show that he has acted in bad
faith, etc. Revisal, sec. 1277.

APPEAL by plaintiffs from *Peebles, J.,* at the October Term,
1911, of WAKE.

*J. H. Fleming for plaintiff.*
*B. M. Gatling for defendant.*

PER CURIAM. This is a motion by plaintiff to tax the de-
fendant Marcellus Smith personally with the costs of this
Court. Defendants were successful in the court below in the
case, and plaintiff appealed. The judgment was reversed here,
and the cause remanded to be further proceeded with in accord-
ance with law. We do not see any reason, at present, for giv-
ing a personal judgment against Smith. He was brought here
by the plaintiff's appeal, and his conduct has not been frivo-
lous, and he has done nothing to make himself personally liable.
The defendants should pay the costs of this Court, as admin-
istrators, and they will be allowed a credit for the same in their
administration account, unless the plaintiff can show sufficient
reason to the lower court why it should not be allowed. Provi-
sion as to the recovery of costs against executors and admin-
istrators is made in Revisal, sec. 1277, where such costs are
declared to be "chargeable only upon or collected out of the
estate, fund, or party represented, unless for mismanagement
or bad faith in prosecuting or defending the action, the Court
shall direct the same to be paid personally by the representa-
tive," but no such case is presented here. The motion is denied,
with costs to be taxed.

Motion denied.